N THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHEL HATCH                                                                              PLAINTIFF

vs.                                             Civil No. 6:11-cv-06058

MICHAEL J. ASTRUE                                                                   DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 11th day of June 2012.**

      s/ Barry A. Bryant
      HON. BARRY A. BRYANT
      U. S. MAGISTRATE JUDGE